UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
: 
UNITED STATES OF AMERICA :
:       ORDER
    - v. - :
:       21 Cr. 97 (LTS)
JEFFERSON SANCHEZ, :
:
                Defendant. :
:
------------------------------------------------------------------- X

     WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on February 16, 2021 by teleconference;

     WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

     WHEREAS

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

     IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   2/22/2021
       New York, New York

                                          /s/ Laura Taylor Swain
                                        HONORABLE LAURA TAYLOR SWAIN
                                        UNITED STATES DISTRICT JUDGE