UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
DANIEL PATRICK MOYNIHAN UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007

CHAMBERS OF
LAURA TAYLOR SWAIN
CHIEF JUDGE

TEL. (212) 805-0417
FAX (212) 805-0426

May 17, 2021

<u>By First Class Mail</u>

Mr. Jefferson Sanchez
Inmate # 85558-054
Essex County Correctional Facility
354 Doremus Avenue
Newark, NJ 07105

<u>USA v. Jefferson Sanchez
Case No. 21 CR 97 (LTS) (S.D.N.Y.)</u>

Dear Mr. Sanchez:

     I have received your letter dated May 1, 2021. Thank you very much for the kind sentiments you shared in your letter following your sentencing. I am happy to hear you have found solace in your spirituality and are committed to living a lawful and fulfilled life in the future. I wish you and your family continued strength, safety, good health and a joyous reunion as soon as the law permits.

                                       Very truly yours,

                                       /s/ Laura Taylor Swain

Enclosure

cc:

    AUSA Justin Victor Rodriguez
    Martin Samuel Cohen (Counsel for Mr. Sanchez)