UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                           No.   21 CR 97-LTS

JEFFERSON SANCHEZ,

        Defendant.

-------------------------------------------------------x

## ORDER

The Court has received a letter from Mr. Sanchez dated May 9, 2021, and a further note dated May 28, 2021. The letter and note will be filed under seal to protect sensitive personal information. Copies will be provided to counsel.

    SO ORDERED.

Dated: New York, New York
         June 3, 2021

                                                        /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    United States District Judge