UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                                              No.  21-CR-97-LTS

JEFFERSON SANCHEZ,

        Defendant.

-------------------------------------------------------x

## Order

The Court has received Defendant Jefferson Sanchez's pro se motion for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A).  (Docket Entry No. 37.)  The Government is directed to file its response to Mr. Sanchez's motion, which must include his BOP medical records, by **June 14, 2022**.  The Government shall file under seal any medical records that are included in the response, and sensitive medical information may be redacted from the response that is filed on ECF.  The Government shall file the unredacted originals, including exhibits, under seal, with a copy of this Order, in compliance with the Sealed Records Filing Instructions located on the Court's website, at https://www.nysd.uscourts.gov/programs/records/sealed.  A complete, unredacted courtesy copy of the Government's response must be provided to Defendant and emailed to Chambers via SwainNYSDCorresp@nysd.uscourts.gov.

Mr. Sanchez's reply to the Government's response, if any, must be filed by **July 8, 2022.**

Chambers will mail a copy of this Order to Mr. Sanchez.

SO ORDERED.

Dated: New York, New York
       May 31, 2022

                                                      /s/ Laura Taylor Swain
                                                     LAURA TAYLOR SWAIN
                                                     United States District Judge

**Copy to be mailed to**:

Jefferson Sanchez
Reg. No. 85558-054
FCI Fort Dix
Federal Correctional Institution
P.O. Box 2000
Joint Base MDL, NJ 08640