

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 15, 2022

**BY ECF**
Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

<span style="text-align:center">**MEMO ENDORSED**</span>

     **Re:**   *United States v. Jefferson Sanchez*, 21 Cr. 97 (LTS)

Dear Chief Judge Swain:

     Yesterday, the Government filed a letter brief in opposition to defendant Jefferson Sanchez's *pro se* motion for a sentence reduction, along with redacted exhibits. (*See* Doc. No. 39). The Government also transmitted to the Court yesterday, by email, a copy of its letter brief with unredacted exhibits, including the defendant's medical records. The Government respectfully requests that the Court file its letter brief with unredacted exhibits under seal to protect the privacy of the defendant's medical information.

     Respectfully submitted,

     DAMIAN WILLIAMS
     United States Attorney

by: *[signature]*
     Justin V. Rodriguez
     Assistant United States Attorney
     (212) 637-2591

CC:   Jefferson Sanchez
      Reg. No. 85558-054
      FCI Fort Dix
      Federal Correctional Institution
      P.O. Box 2000
      Joint Base MDL, NJ 08640

The sealing request is granted, for the reason stated above. This resolves DE #40.
SO ORDERED.
/s/ Laura Taylor Swain, Chief U.S. Dist. Judge
June 14, 2022