UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                         No.   21-CR-097-LTS

JEFFERSON SANCHEZ,

        Defendant.

-------------------------------------------------------x

## Order

On July 26, 2022, this Court entered an order directing that Mr. Sanchez's term of imprisonment be reduced by three months (from five months to two months).  (Docket entry no. 46.)  The U.S. Attorney's Office is hereby ordered to immediately deliver a copy of the compassionate release order (docket entry nos. 46 and 47) to the Warden of Mr. Sanchez's facility, Fort Dix Federal Correctional Institution, and to file a letter on the docket confirming such delivery.

      SO ORDERED.

Dated: New York, New York
       August 2, 2022

                                                                                                  /s/ Laura Taylor Swain
                                                                                                 LAURA TAYLOR SWAIN
                                                                                                 Chief United States District Judge